577 F.2d 1031
 GULF STATES UTILITIES COMPANY, Plaintiff,
v.
ECODYNE CORPORATION et al., Defendants,
Ecodyne Corporation, Third-Party Plaintiff-Appellant,
American Motorists Insurance Company, Third-Party Defendant-Appellee.
 No. 78-1139.
 United States Court of Appeals,
Fifth Circuit.
 Aug. 2, 1978.
 
 Richard E. Gerard, Jr., Lake Charles, La., for Ecodyne Corp.
 Plauche, Smith, Hebert & Nieset, Reid K. Hebert, Lake Charles, La., for American Motorists Ins. Co.
 Before THORNBERRY, GODBOLD and RUBIN, Circuit Judges.
 PER CURIAM.
 
 
 1
 This case is affirmed on the basis of the opinion of the District Judge, reported at 441 F.Supp. 787.